|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | NOV 1 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JESUS CRUZ ALVARADO and AYLIN GUADALUPE CRUZ ALVARADO,<br><br>        Petitioners,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>        Respondent. | No. 24-1515<br><br>Agency Nos.<br>A201-399-849<br>A201-399-850<br><br>ORDER |

The answering brief submitted by Respondent Merrick B. Garland is filed.

Within 7 days of this order, Respondent Merrick B. Garland must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                                             FOR THE COURT:

                                             MOLLY C. DWYER<br>                                             CLERK OF COURT