| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 12 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JESUS CRUZ ALVARADO and AYLIN GUADALUPE CRUZ ALVARADO,

    Petitioners,

v.

PAMELA BONDI, Attorney General,

    Respondent.

No. 24-1515

Agency Nos.
A201-399-849
A201-399-850

ORDER

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and that oral argument would not significantly aid the decisional process. Therefore, this matter is ordered submitted on the briefs and record without oral argument on August 20, 2025, in San Francisco, California. Fed. R. App. P. 34(a)(2).

Respondent's motion to reschedule oral argument, Dkt. 32, is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT